## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JULIO PEREZ

) 5:14-MJ-00057 JLT
)
)
)

**FILED**

DEC 17 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                         ( ) Ad Testificandum.
Name of Detainee:        JULIO PEREZ
Detained at (custodian): LERDO COUNTY JAIL

Detainee is:  a.)  (X) charged in this district by:
                    ( ) Indictment          ( ) Information    (X) Complaint
                    Charging Detainee With: **21 U.S.C. § 846 and 841(a)(a): Conspiracy to Possess with Intent to Distribute Heroin**

or    b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
or    b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/Brian K. Delaney
Printed Name & Phone No: BRIAN K. DELANEY / 559-497-4000
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 12/17/14

United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____

Booking or CDC #: 2057119
Release Date: 07/24/2015

Male X   Female

DOB: _____
Race: _____
FBI #: 347209WB7

Facility Phone:
Currently Incarcerated For:

**RETURN OF SERVICE**

Executed on _____ by _____                                    _____
                                                                  (Signature)

C:\USERS\THURS~1\APPDATA\LOCAL\TEMP\NOTES128367\WRIT JULIO PEREZ.DOCX                 Revised 11/19/97
Form Crim-48