**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RAFAEL LEGORRETA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>RAFAEL LEGORRETA ,<br><br>           Defendant | )  Case No.:1:14-CR-00269 AWI-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

BARBARA A. MCAULIFFE AND BRIAN DELANY, ASSISTANT UNITED STATES

ATTORNEY:

    **COMES NOW** Defendant, RAFAEL LEGORRETA, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

Monday, July 27, 2015 be continued to Monday, August 24, 2015.

    I am currently in a multi-defendant trial in the mapper of *People v. Benjamin Jimenez

DF011554B*, in Kern County Superior Court.  Trial is anticipated to last approximately three

weeks.  I have spoken to all co-counsel and AUSA Brian Delaney, and they have no objection to

continuing the Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:7/22/15   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
RAFAEL LEGRRETA

DATED: 7/22/15   */s/Marc Days*
MARC DAYS
Attorney for Julio Perez

DATED:7/22/15   */s/Kevin Little*
KEVIN LITTLE
Attorney for Francisco Rivera

DATED: 7/22/15   */s/Brian K. Delaey*
BRIAN DELANEY
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the 3rd Status Conference hearing for all three defendants is continued from July 27, 2015 to **August 24, 2015 at 1:00PM** before Judge McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).
IT IS SO ORDERED.

Dated:   **July 23, 2015**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE