1  MARC DAYS, CA Bar #184098
   Days Law Firm
2  2300 Tulare Street, Suite 240
   Fresno, CA. 93721
3  Telephone: (559) 708-4844

4  Attorneys for Defendant
   JULIO PEREZ

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        ) Case No.  1:14-CR-00269 AWI-BAM
                                    )
11              Plaintiff,           ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE;  ORDER THEREON
12 vs.                              )
                                    ) Date:   November 9, 2015
13 JULIO PEREZ,                     ) Time:   1:00 p.m.
                                    ) Judge:  Barbara A. McAuliffe
14              Defendant.          )
                                    )
15 _____   )

16     **IT IS HEREBY STIPULATED** by and between the parties, through their respective

17 counsel, Assistant United States Attorney, Kathleen Servatius, Counsel for Plaintiff, Assistant

18 Federal Defender, Marc Days, Counsel for Defendant, Julio Perez, that the status conference

19 hearing currently set for October 13, 2014, at 1:00 p.m., may be rescheduled to November 9,

20 2015, at 1:00 p.m.

21     1.  By previous order, this matter was set for a status conference hearing on October 13,

22 2015, at 1:00pm.

23     2.  By this stipulation, the parties move to continue the status hearing to November 9,

24 2015, at 1:00 p.m., and to exclude time between October 13, 2015, and November 9, 2015 under

25 18 U.S.C. §3161(h)(1)(E) and (h)(7)(A) and (B)(iv).

26     3.  The parties agree and stipulate, and request that the Court find the following:

27         a.  The Court is unavailable on the date previously set by the parties – October

28 13, 2015;

         b.   Additional time is needed for defense investigation and preparation and plea negotiations.

         c.   The parties have agreed to continue the date for the status conference to November 9, 2015;

         d.   For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. §3161, et seq., within which trial must commence, the time period of October 13, 2015, to November 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(1)(E) and (h)(7)(A) and (B)(iv) because the ends of justice is served by granting the continuance and outweigh the best interests of the public and the defendant in a speedy trial, assures continuity of counsel, and gives the defense and government a reasonable time for effective preparation exercising due diligence.

    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: September 8, 2015          /s/ *Brian Delaney*
BRIAN DELANEY
Assistant United States Attorney
Attorney for Plaintiff

Dated: September 8, 2015          /s/ *Marc Days*
MARC DAYS
Attorneys for Defendant
JULIO PEREZ

1
2                                    **O R D E R**
3        **IT IS SO ORDERED.**  For the reasons set forth above, the 4th Status Conference is
4   continued from October 13, 2015 to November 9, 2015 at 1:00PM before Judge McAuliffe.
5   Time is excluded pursuant to 18 U.S.C. §3161(h)(1)(E) and (h)(7)(A) and (B)(iv).
6
7   IT IS SO ORDERED.
8   Dated**:**   **September 9, 2015**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28